IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MIDLAND FUNDING, LLC                                                                          PLAINTIFF

V.                                              CIVIL ACTION NO. 3:13-cv-00290-SA-SAA

VICTORIA FOTH                                                                                 DEFENDANT

## ORDER ON REMAND

Pursuant to a Memorandum Opinion issued this day, Plaintiff's Motion to Remand [3] is GRANTED. The Clerk of Court is hereby directed to return this case to the County Court of Desoto County, Mississippi.

SO ORDERED, this the 29th day of July, 2014.

                                                     /s/ Sharion Aycock
                                                   **U.S. DISTRICT JUDGE**